FILED
OCT 31 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:19-CR-00441-CDP (SPM) |
| ) | |
| 1-RASHEME BRIDGES, ) | |
|     aka "Bam" or "Benji Bam," and ) | |
| 2-KELTON RUCKER, ) | |
|     aka "Kellz" or "Benji Kellz," ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on a date unknown to the Grand Jury, but up to and including January 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**1-RASHEME BRIDGES,
aka "Bam" or "Benji Bam," and
2-KELTON RUCKER,
aka "Kellz" or "Benji Kellz,"**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and one or more other persons known and unknown to the Grand Jury to commit the following offense against the United States: (a) to possess, with the intent to distribute, a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II

The Grand Jury further charges that:

Beginning on a date unknown to the Grand Jury, but up to and including January 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**1-RASHEME BRIDGES,**
aka "Bam" or "Benji Bam," and
**2-KELTON RUCKER,**
aka "Kellz" or "Benji Kellz,"

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and one or more other persons known and unknown to the Grand Jury, to possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to possess with the intent to distribute marijuana, a controlled substance, as charged in Count I herein, in violation of Title 18, United States Code, Section 924(o).

In furtherance of said conspiracy and to achieve the objectives and purposes thereof, the defendants, and other persons both known and unknown to the Grand Jury, committed and caused the commission of the following overt acts in the Eastern District of Missouri and elsewhere:

(a) On or about January 31, 2018, Rasheme Bridges, Kelton Rucker, and others known and unknown to the Grand Jury entered into an agreement to steal a distribution quantity of marijuana from a subject within the City of St. Louis; and

(b) On or about January 31, 2018, Rasheme Bridges, Kelton Rucker, and others known and unknown to the Grand Jury stole approximately one pound of marijuana, a quantity consistent with redistribution, from a subject within the City of St. Louis; and

(c) On or about January 31, 2018, Rasheme Bridges brandished a firearm during the theft of the aforementioned marijuana while Kelton Rucker discharged a separate firearm in order to effect the theft of the marijuana and their getaway within the City of St. Louis.

## COUNT III

The Grand Jury further charges that:

On or about January 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

### 1-RASHEME BRIDGES,
### aka "Bam" or "Benji Bam,"

the defendant herein, aiding, abetting, counseling, commanding, or inducing another person, did knowingly brandish one or more firearms in furtherance of the commission of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to possess with the intent to distribute marijuana, a controlled substance, as charged in Count I herein, in violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(ii).

## COUNT IV

The Grand Jury further charges that:

On or about January 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

### 2-KELTON RUCKER,
### aka "Kellz" or "Benji Kellz,"

the defendant herein, aiding, abetting, counseling, commanding,, or inducing another person, did knowingly discharge one or more firearms in furtherance of the commission of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to possess with the intent to distribute marijuana, a controlled substance, as charged in Count I herein, in

violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A)(iii).

                                                 A TRUE BILL.


                                                 _____
                                                 FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
ANGIE E. DANIS, #64805MO
Assistant United States Attorney